261 So.2d 229

**Henry J. BRANTLEY et al.**

v.

**James BROWN et al.**

No. 52391.

May 11, 1972.

that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.